# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2949

_____

Freya Ferrell, On behalf of D.W.C.,    *
                         *
        Appellant,    *
                         *   Appeal from the United States
   v.                        *   District Court for the
                         *   Western District of Arkansas.
Michael J. Astrue, Social Security    *
Commissioner,                  *   [UNPUBLISHED]
                         *
        Appellee.     *

_____

Submitted: April 7, 2010
Filed: April 12, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Freya Ferrell, on behalf of her minor son D.W.C., appeals the district court's[1] order affirming the Social Security Commissioner's denial of supplemental security income. Following careful de novo review, we conclude that the Commissioner's findings are supported by substantial evidence on the record as a whole, see Moore

_____

[1]The Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

ex rel. Moore v. Barnhart, 413 F.3d 718, 721 (8th Cir. 2005), and we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____